IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 1:17-CR-00009 (TSE) |
| | : | |
| ALEXANDER K. TVERDOKHLEBOV, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S SUPPLEMENT
TO ITS APPEAL OF THE ORDER GRANTING PRETRIAL RELEASE**

COMES NOW the defendant, ALEXANDER K. TVERDOKHLEBOV (hereinafter, the defendant), by counsel, and for his response to the government's supplement to its appeal of the order granting the defendant pretrial release in this matter he states:

Nothing has changed since the government filed its original brief in opposition to the California decision to admit the defendant to Pretrial Release, except that the amount of money found by the government has increased. In any case, that money is now in the government's possession, making it *not more likely* that the defendant will fail to appear, *but less likely* that the defendant will fail to appear. The defendant, if he were on release, could now *not* go to Las Vegas to access that money (triggering a response from Pretrial for his unauthorized trip out of the Central District of California); nor could he remove his electronic anklet (triggering a response from Pretrial) and go to Las Vegas. The government's suspicions that some as yet unidentified criminal associate of the defendant's would physically travel to some as yet unidentified state to access an as yet unidentified safe deposit box in which the defendant has enough cash to purchase real

property to satisfy the bond condition of a deed for real property with a value of at least $200,000, is just that, a baseless suspicion, truly a fiction rather than a fact that would support the government's attempt to hold the defendant pending trial.

The facts of this case continue to, as previously stated, support Judge Walsh's decision to grant pretrial release to the defendant, carefully monitored and under significantly burdensome conditions, and this Court should affirm Judge Walsh's order.

WHEREFORE, the defendant opposes the government's newest attempt to overturn the release order entered in this case in the Central District of California.

        Respectfully submitted,

        ALEXANDER K. TVERDOKHLEBOV

By: _____/s/_____
WILLIAM B. CUMMINGS, ESQUIRE
VA Bar No. 6469
Counsel for ALEXANDER K. TVERDOKHLEBOV
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, Virginia  22313
(703) 836-7997
Fax (703) 836-0238
wbcpclaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to at least the following registered ECF users:

>Kellen Dwyer, Esquire
>Kellen.dwyer@usdoj.gov
>Laura Fong, Esquire
>Laura.fong@usdoj.gov
>United States Attorney's Office for
>    the Eastern District of Virginia
>2100 Jamieson Avenue
>Alexandria, Virginia  22314

>_____/s/_____
>WILLIAM B. CUMMINGS, ESQUIRE
>VA Bar No. 6469
>Counsel for ALEXANDER K. TVERDOKHLEBOV
>WILLIAM B. CUMMINGS, P.C.
>Post Office Box 1177
>Alexandria, Virginia  22313
>(703) 836-7997
>Fax (703) 836-0238
>wbcpclaw@aol.com