IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 1:17-CR-00009 (TSE) |
| | : | |
| ALEXANDER K. TVERDOKHLEBOV, | : | |
| | : | |
| Defendant. | : | |

**SUPPLEMENT TO POSITION OF THE DEFENDANT
WITH RESPECT TO SENTENCING FACTORS**

COMES NOW the defendant, ALEXANDER K. TVERDOKHLEBOV,

(hereinafter, Mr. Tverdokhlebov), by and through counsel, and files this, his supplement

to his position with respect to the sentencing factors to be used in this matter

(hereinafter, the Defendant's Supplemental Position), and for it he states:

1, As noted in the presentence investigation report (hereinafter, the report),

   Mr. Tverdockhlebov used marijuana on an almost daily basis until January

   2017, he used cocaine three to four times per week and he used alcohol

   three to four times per week.  He has never had treatment for his drug and

   alcohol abuse but believes he could benefit from substance abuse

   treatment.  Report, p. 16, ¶ 66.

2. Mr. Tverdokhlebov requests that at sentencing in this matter the Court

   recommend to the Bureau of Prisons that he be admitted to the RDAP

   intensive substance abuse program during his incarceration.

Respectfully submitted,

ALEXANDER K. TVERDOKHLEBOV

By:             /s/
WILLIAM B. CUMMINGS, ESQUIRE
VA Bar No. 6469
Counsel for ALEXANDER K. TVERDOKHLEBOV
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, Virginia  22313
(703) 836-7997
Fax (703) 836-0238
wbcpclaw@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 3rd day of July, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to at least the following registered ECF users:

Kellen Dwyer, Esquire
Kellen.dwyer@usdoj.gov
Laura Fong, Esquire
Laura.fong@usdoj.gov
United States Attorney's Office for
    the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia  22314

AND I HEREBY CERTIFY THAT on July 3, 2017, I am mailing the foregoing document, and the NEF, by U.S. mail to the following non-filing user:

Quentin T. Lowe – U.S. Probation Officer
401 Courthouse Square
Alexandria, VA 22314

             /s/
WILLIAM B. CUMMINGS, ESQUIRE
VA Bar No. 6469
Counsel for ALEXANDER K. TVERDOKHLEBOV
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, Virginia  22313
(703) 836-7997
Fax (703) 836-0238
wbcpclaw@aol.com